UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JLC-TECH LLC,<br><br>                            Plaintiff,<br>v.<br>LUMINOUS GLOBAL INC.,<br>                            Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No.: 25-cv-00015-RSH-JLB<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY DISCOVERY SCHEDULE**<br><br>**[ECF No. 47]** |

Before the Court is a Joint Motion to Modify Discovery Schedule. (ECF No. 47.) Good cause appearing, the Joint Motion is **GRANTED**, and the Amended Case Management Order (ECF No. 46) is modified as follows:

    1.    The initial date for the substantial completion of document discovery including electronically stored information ("ESI") is **March 13, 2026**. See Patent L.R. 2.1.a.1.

    2.    All fact discovery shall be completed by all parties on or before **May 8, 2026**.

    3.    All expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be served on all parties on or before **May 26, 2026**. Any contradictory or rebuttal disclosures within the meaning of Rule 26(a)(2)(D)(ii) shall be disclosed on or before **June 23, 2026**. Unless

otherwise stipulated by the parties, the required expert disclosures shall include an expert report as required by Rule 26(a)(2)(B).  If a written report is not required, the disclosure must provide the information required under Rule 26(a)(2)(c).

4. All discovery, including expert discovery, shall be completed by all parties on or before **July 10, 2026**.  "Completed" means that interrogatories, requests for production, and other discovery requests must be served at least thirty (30) days prior to the established cutoff date so that response thereto will be due on or before the cutoff date.  All subpoenas issued for discovery must be returnable on or before the discovery cutoff date.

Discovery disputes must be brought to the Court's attention in the time and manner required by Section V of Judge Burkhardt's Civil Chambers Rules.  **All discovery disputes must be raised within 30 calendar days of the service of an objection, answer, or response** that becomes the subject of dispute, or the passage of a discovery due date without response or production, and only after counsel (and any unrepresented parties) have met and conferred to resolve the dispute.  *See* J. Burkhardt Civ. Chambers R. § V.

5. The dates and times set forth herein will not be modified except for good cause shown.

6. Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.

7. All other dates, deadlines, and requirements set forth in the Amended Case Management Order (ECF No. 46) remain in effect.

**IT IS SO ORDERED.**

Dated:  December 30, 2025

*Jill Burkhardt*
Hon. Jill L. Burkhardt
United States Magistrate Judge